

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00383-CV

**Glenn Herbert  Johnson**

**v.**

**Harris County, Harris County Education Department, Harris County Flood Control District, Harris County Hospital District, Port of Houston Authority of Harris County, Houston Independent School District, Houston Community College System,et al.**

NO. 2013-08713 IN THE 190TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| SUPP CLK RECORD | $7.00 | 04/23/2015 | EXEMPT | UNK |
| MT FEE | $10.00 | 11/06/2014 | NOT PAID | APE |
| SUPP CLK RECORD | $19.00 | 10/02/2014 | INDIGENT | ANT |
| RPT RECORD | $337.80 | 09/21/2014 | INDIGENT | STA |
| SUPP CLK RECORD | $45.00 | 09/19/2014 | PAID | ANT |
| SUPP CLK RECORD | $33.00 | 08/27/2014 | UNKNOWN | UNK |
| CLK RECORD | $376.00 | 07/29/2014 | UNKNOWN | ANT |
| MT FEE | $10.00 | 06/05/2014 | NOT PAID | ANT |
| FILING | $195.00 | 05/12/2014 | INDIGENT | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $1,032.80.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this December 21, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**